HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAFAEL OJEDA-ONTIVEROS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 04-388 MCE |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| RAFAEL OJEDA-ONTIVEROS, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, RAFAEL OJEDA-ONTIVEROS, by and through his attorney, Assistant

Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and

through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.	Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

based on a sentencing range that has subsequently been lowered by the Sentencing Commission

pursuant to 28 U.S.C. § 994(o);

2.	On July 19, 2007, this Court sentenced Mr. Ojeda-Ontiveros to a term of 210

months imprisonment;

3.	His total offense level was 37, his criminal history category was I, and the

resulting guideline range was 210 to 262 months;

4.      The sentencing range applicable to Mr. Ojeda-Ontiveras was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Ojeda-Ontiveros' total offense level has been reduced from 37 to 35, and his amended guideline range is 168 to 210 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ojeda-Ontiveros' term of imprisonment to 168 months.

Respectfully submitted,

Dated:  January 6, 2016                          Dated:  January 6, 2016

BENJAMIN B. WAGNER                     HEATHER E. WILLIAMS
United States Attorney                         Federal Defender


 /s/Jason Hitt                                       /s/ Hannah R. Labaree
JASON HITT                                      HANNAH R. LABAREE
Assistant U.S. Attorney                        Assistant Federal Defender

Attorney for Plaintiff                           Attorney for Defendant
UNITED STATES OF AMERICA           RAFAEL OJEDA-ONTIVERAS

1

**ORDER**

2        This matter came before the Court on the stipulated motion of the defendant for reduction

3   of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4        The parties agree, and the Court finds, that Mr. Ojeda-Ontiveros is entitled to the benefit

5   of Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended

6   guideline range of 168 to 210 months.

7        IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2007 is

8   reduced to a term of 168 months.

9        IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

10  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

11  reduction in sentence, and shall serve certified copies of the amended judgment on the United

12  States Bureau of Prisons and the United States Probation Office.

13        Unless otherwise ordered, Mr. Ojeda-Ontiveros shall report to the United States

14  Probation Office within seventy-two hours after his release.

15        IT IS SO ORDERED.

16  Dated:  January 11, 2016

17

18  _____

19  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28