AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:04-cr-00388-MCE   Document 322   Filed 01/26/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No: 2:04-CR-00388-08-MCE |
| RAFAEL OJEDA-ONTIVEROS | ) |
| | ) USM No: 15375-097 |
| Date of Original Judgment: 07/19/2007 | ) |
| Date of Previous Amended Judgment: | ) Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 210 months **is reduced to** 168 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/31/2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/12/2016

*Judge's signature*

Effective Date: _____
*(if different from order date)*

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE
*Printed name and title*